

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of the Arbitration of Certain
Controversies Between
SIEMENS COMMUNICATIONS, INC.,

              Petitioner,

-and-

MONI HOLDINGS LLC,
TELENT COMMUNICATIONS LIMITED,
and TELENT COMMUNICATIONS
HOLDINGS LIMITED,

              Respondents.

---

Civil Action No. 1:09-cv-5980-RJH-JCF

ECF Case



## [PROPOSED] ORDER PERMITTING PETITIONER TO FILE UNDER SEAL ITS APPLICATION TO VACATE OR MODIFY AN ARBITRATION AWARD AND OTHER DOCUMENTS

Upon consideration of Petitioner Siemens Communications, Inc.'s ("Siemens") request to seal its Notice of Application to Vacate or Modify an Arbitration Award, the Declaration of Peter A. Bellacosa in Support of Application to Vacate or Modify an Arbitration Award, declared on July 31, 2009, its accompanying Exhibits A through E, and the Memorandum of Law in Support of Application to Vacate or Modify an Arbitration Award, and upon review of the materials requested to be placed under seal, this Court finds the request has merit.

The Court hereby **ORDERS** that Siemens be permitted to file under seal its Notice of Application to Vacate or Modify an Arbitration Award, the Declaration of Peter A. Bellacosa in Support of Application to Vacate or Modify an Arbitration Award, declared on July 31, 2009, its accompanying Exhibits A through E, and the Memorandum of Law in Support of Application to Vacate or Modify an Arbitration Award. The Court also **ORDERS** sealed the following exhibits appended to respondents' Notice of Removal of June 30, 2009: Exhibit A (Siemens's Verified

Petition to Vacate Arbitration Award filed in New York state court) and Exhibit C (the arbitration Confidentiality Agreement and Order).

Dated: 8/7, 2009

Honorable Richard J. Holwell
United States District Judge